ACCEPTED
011400968CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
3/30/2015 9:34:46 PM
CHRISTOPHER PRINE
CLERK

## CASE NO. 01-14-00968-CV

| | | |
|---|---|---|
| CECILIA CLINKSCALE,<br>Appellant, | §<br>§<br>§ | FILED IN IN THE FIRST COURT OF APPEALS<br>HOUSTON, TEXAS<br>3/30/2015 9:34:46 PM |
| VS. | §<br>§ | COURT OF APPEALS CHRISTOPHER A. PRINE<br>Clerk |
| LEIROI MICKELE' DANIELS,<br>Appellee. | §<br>§ | HOUSTON, TEXAS |

### MOTION FOR EXTENSION OF TIME TO FILE INITIAL BRIEF

TO THE HONORABLE JUSTICES OF THIS COURT:

Comes Now, Cecilia Clinkscale, Appellant, in the above styled civil action and files this *Motion For Extension Of Time To File Initial Brief* in compliance with Tex. R. App. P. 38.6(a), 38.6(d), 10.5, 10.5(b). In this respect, Appellant seeks to show this Court the following:

### I.

Monday, March 9, 2015, this Court set forth the briefing schedule for this appeal. *See* Exhibit 1.

### II.

In its briefing directives, this Court established that in "an accelerated appeal"—as is the case here—"appellant's brief is due 20 days from" the date recorded on its respective notice of briefing schedule. *See* Exhibit 1. As such, Appellant's brief is due on Monday, March 30, 2015. Tex. R. App. P. 10.5(b)(A).

### III.

Appellant seeks additional time to thoroughly prepare her *Initial Brief*. This includes, but is not limited to, time needed to supplement the record on appeal and to resolve financial matters concerning the reporter's record; supplementation of the record and the reporter's record are integral to proper briefing and to the articulation of issues on appeal. Tex. R. App. P. 10.5(b)(C).

### IV.

Further, Appellant seeks additional time to review her trial court and appellate court case files, conduct legal research, synthesize information, and to draft her *Initial Brief*. Tex. R. App. P. 10.5(b)(C).

### V.

Appellant must resolve a number of pending issues on this appeal, and she must also tend to a number of pending legal matters apart from this appeal; therefore, Appellant requests an extension of

time of thirty (30) days to Wednesday, April 29, 2015. Tex. R. App. P. 10.5(b)(B), 38.6(d).

## **VI**.

Appellant has not previously sought an extension of time for her *Motion For Extension Of Time To File Initial Brief.* The extension of time requested is not sought for delay, and it is not prejudicial to Appellee. Tex. R. App. P. 10.5(b)(D).

## **CONCLUSION AND PRAYER**

Wherefore, Appellant, Cecilia Clinkscale, submits her *Motion For Extension Of Time To File Initial Brief* in the interest of justice, and she respectfully requests this Court to enter an *Order* granting her said *Motion.* Thereto, Appellant requests the said relief and any additional relief to which she is justly entitled.

Respectfully submitted,

CECILIA CLINKSCALE

Appellant,
In Propria Persona

Dated: **3|30| 2015**

Post Office Box 42718,
Philadelphia, Pennsylvania 19101

Telephone:    (215) 828-4516
Facsimile:     (877) 669-1745
Email:          cclinkscale@gmail.com

## **CERTIFICATE OF CONFERENCE**

I certify that I faxed a correspondence to Defendant, Mr. Leiroi Mickele' Daniels, Esquire, on Monday, March 30, 2015. *See* Exhibit 2. Defendant is aware of the current briefing schedule. He and I have not yet conferred; nonetheless, I am open to his considerations. Tex. R. App. P. 10.3(a)(2).

CECILIA CLINKSCALE

2

Plaintiff,
In Propria Persona

Dated: ___3|30|2015___

# CERTIFICATE OF SERVICE

Pursuant to Tex. R. App. P. 9.5(a)-(e), I, Cecilia Clinkscale, Appellant, do hereby certify that on this 30th day of March 2015, a true and correct copy of the attached and foregoing *Motion For Extension Of Time To File Initial Brief* was served upon the recipients listed below in the following manner(s):

Mr. Christopher A. Prine,
Esquire,
Clerk of the Court,
Court of Appeals,
First District of Texas,
301 Fannin Street,
Room 208,
Houston, Texas 77002-2066

Service: e-file.txcourts.gov and United States Postal Service, first-class mail.

Mr. Leiroi Mickele' Daniels,
Esquire,
L. Mickele' Daniels & Associates,
Arena Tower I,
Suite 580,
7322 Southwest Freeway,
Houston, Texas 77074

Service: e-file.txcourts.gov and United States Postal Service first-class mail.

_____ 3/30/2015

CECILIA CLINKSCALE

Appellant,
In Propria Persona

Dated: _____ 3/30/2015

| | | |
|---|---|---|
| CECILIA CLINKSCALE, | § | IN THE DISTRICT COURT OF |
| Appellant, | § | |
| | § | |
| VS. | § | HARRIS COUNTY, TEXAS |
| | § | |
| LEIROI MICKELE' DANIELS, | § | |
| Appellee. | § | 113th JUDICIAL DISTRICT |

## ORDER

On this _____ day of _____ 2015, came on for consideration *Motion For Extension Of Time To File Initial Brief.* The Court having reviewed said *Motion* finds that it should be, and hereby is, _____.

It is so **ORDERED**.

Signed this _____ day of _____, 20 ____.

_____
JUDGE

# EXHIBIT 1



**FIRST COURT OF APPEALS**
301 Fannin Street
Houston, Texas 77002-2066

March 9, 2015

RE:  Case No. 01-14-00968-CV

Style:  Cecilia  Clinkscale
      v.  Leiroi  Mickele Daniels

     On **March 06, 2015** the certified clerk's record was filed. If the clerk's record is incomplete, appellant or any other party should seek to supplement the record.  Tex. R. App. P. 34.5(c).  **If there is no reporter's record or if the reporter's record has already been filed, appellant's brief is due 30 days from this date; if it is an accelerated appeal, appellant's brief is due 20 days from this date.** Tex. R. App. P. 38.6(a). All motions or other documents (i.e., briefs) filed with the Court must comply with Tex. R. App. P. 9.

T. C. Case # 2012-58724        Christopher A. Prine, Clerk of the Court

                  Cecilia  Clinkscale
                  P. O. Box 42718
                  Philadelphia, PA  19101



**FIRST COURT OF APPEALS**
301 Fannin Street
Houston, Texas 77002-2066

March 9, 2015

RE:  Case No. 01-14-00968-CV

Style:  Cecilia  Clinkscale
      v.  Leiroi  Mickele Daniels

     On **March 06, 2015** the certified clerk's record was filed. If the clerk's record is incomplete, appellant or any other party should seek to supplement the record.  Tex. R. App. P. 34.5(c).  **If there is no reporter's record or if the reporter's record has already been filed, appellant's brief is due 30 days from this date; if it is an accelerated appeal, appellant's brief is due 20 days from this date.** Tex. R. App. P. 38.6(a). All motions or other documents (i.e., briefs) filed with the Court must comply with Tex. R. App. P. 9.

T. C. Case # 2012-58724        Christopher A. Prine, Clerk of the Court

                  Cecilia  Clinkscale
                  P. O. Box 42718
                  Philadelphia, PA  19101

**EXHIBIT 2**

Post Office Box 42718,
Philadelphia, Pennsylvania 19101
Phone: (215) 828-4516

Monday, March 30, 2015

Mr. Leiroi Mickele' Daniels,
Esquire,
L. Mickele' Daniels & Associates, LLC,
Arena Tower I,
Suite 580,
7322 Southwest Freeway,
Houston, Texas 77074
Fax:     (713) 995-4685

Dear Mr. Daniels:

I am corresponding with you to notify you that I intend to file my *Appellant's Motion For Extension Of Time To File Initial Brief.*

I remain open to any consideration that you offer in this matter

My contact information is noted atop this letter for your convenience.

Sincerely,

3/30/2015

Ms. Cecilia Clinkscale

Plaintiff,
In Propria Persona